

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAMUEL DUANE MCGINTY, | § | No. 08-13-00217-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 355th Judicial District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Hood County, Texas |
| | § | |
| Appellee. | § | (TC# CR12461) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF MARCH, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.